## UNIVERSITY CLUB, CITY OF WASHINGTON, D. C., v. UNITED STATES.
### No. M–428.

Court of Claims.
March 5, 1934.

## WILLIAM S. GRAY & CO. v. UNITED STATES.

### No. L–199.

Court of Claims.

March 5, 1934.

G. F. Snyder, of Washington, D. C., for plaintiff.

Fred K. Dyar, of Washington, D. C., and Frank J. Wideman, Asst. Atty. Gen., for the United States.

Before BOOTH, Chief Justice, and GREEN, LITTLETON, WILLIAMS, and WHALEY, Judges.

PER CURIAM.

This case is controlled by the decisions of this court in Army & Navy Club of America v. United States, 53 F.(2d) 277, 72 Ct. Cl. 684; Block Hall, Inc., v. United States, 57 F.(2d) 918, 74 Ct. Cl. 600; Union League Club of Chicago v. United States (Ct. Cl.) 4 F. Supp. 929, and Phi Gamma Delta Club v. United States (Ct. Cl.) 5 F. Supp. 140.